to The Honorable Judge Sam A Lindsay          3:16cr196-L

The Defendant, Joshua William Jackson is reaching out to the court for the purpose of filing a civil action regarding multiple civil and human rights violations, along with constitutional violations as explained below:

- Breach of Fiduciary duties - BOP - FCI Seagoville & FCI Ft. Worth
- abuse of person in position of Dependancy - Psychology - FCI Seagoville, Ft. Worth
- abuse of person in position of Dependancy - Medical - FCI Seagoville
- violation of sixth Amendment right to confir with counsel - FCI Seagoville, Ft Worth
- blaintant disregard of chronic care patient - Medical - FCI Seagoville
- blaintant disregard of medical duties - psychology - FCI Seagoville
- Violation of 4th Amendment search & seizure leading to unlawful loss of property - ATF, HSI
- Further violations can be explained in hearing on this matter

Thank you for your time.

12/28/2016

Defendant, Pro se



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 4 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

3-17CV0043-N

Name Joshua W Jackson
Reg. No. 54191-177 (J1-2251)
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

Legal

75242-131052

United States District Court
Office of the clerk
Northern District of Texas
1100 Commerce — Room 1452
Dallas, TX 75242